UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>          Plaintiff,<br><br>    v.<br><br>2GP, INC.,<br><br>          Defendant. | Case No. 21-cv-09399-AGT<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Re: Dkt. No. 11 |

    2GP, Inc., argues that Brian Whitaker lacks standing to sue under the ADA because, according to 2GP, Whitaker can't credibly claim that he intends to return to 2GP's restaurant. In support of this argument, 2GP points to Whitaker's testimony in other ADA cases, where Whitaker has acknowledged that of the many businesses he has sued for ADA violations, he has returned to only a small proportion of them. 2GP says that this testimony demonstrates that Whitaker doesn't intend to revisit its restaurant, despite his allegations to the contrary.

    Whitaker's testimony in other cases has some probative value. But "intent to return" is a fact-specific forward-looking inquiry, so the Court is reluctant to rely entirely on what Whitaker has done in the past—revisiting or not revisiting other businesses—in assessing whether he credibly intends to return to the restaurant at issue here. To allow 2GP to further develop its argument that Whitaker lacks standing, the Court will permit 2GP to depose Whitaker, on or before May 6, 2022, for two hours. After the deposition, 2GP may renew its motion to dismiss. The current iteration of the motion is denied.

    **IT IS SO ORDERED.**

Dated: April 12, 2022

                                                              Alex G. Tse<br>
                                                              United States Magistrate Judge